IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MATTHEW BAUER AND REBECCA BAUER, | ) ) ) | Case No. 4:24-cv-03230 |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | **DISCLOSURE OF CORPORATE AFFILIATIONS, FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP** |
| GENERAC POWER SYSTEMS, INC., | ) ) | |
| Defendant. | ) ) | |

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), Defendant Generac Power Systems, Inc., makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

*[INSTRUCTIONS: Check the applicable box or boxes, and fill in any required information.]*

\_\_\_\_\_ This party is an individual.

\_\_\_\_\_ This party is a publicly held corporation or other publicly held entity.

\_\_X\_\_ This party has parent corporations.

       If yes, identify all parent corporations, including grandparent and great grandparent corporations: Generac Holdings, Inc.

\_\_\_\_\_ Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity. _____

       If yes, identify all such owners: _____

\_\_\_\_\_ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

       If yes, identify all corporations or entities and the nature of their

interest: _____

_____This party is a limited liability company or limited liability partnership.

    If yes, identify each member of the entity and the member's state of

    citizenship: _____

_____This party is an unincorporated association or entity.

    If yes, identify the members of the entity and their states of citizenship:

Additional information: _____

                      **GENERAC POWER SYSTEMS, INC.**,
                      Defendant

        By:   Baylor Evnen Wolfe & Tannehill, LLP
               Union Bank Place
               1248 O St., Ste. 900
               Lincoln, NE 68508-1499
               (402) 475-1075
               nluhm@baylorevnen.com

        By:   */s/ Nicole J. Luhm*
               Nicole J. Luhm, # 26600

## **CERTIFICATE OF SERVICE**

    I, Nicole J. Luhm, hereby do certify that I am one of the attorneys of record for the Defendant and that on the 2nd day of January 2025, I served a copy of the foregoing by electronic mail on:

Vincent M. Powers
Powers Law
411 South 13th Street, Ste. 300
Lincoln, NE 68508
powerslaw@me.com

        By:   */s/ Nicole J. Luhm*
               Nicole J. Luhm, # 26600