IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MATTHEW BAUER and REBECCA BAUER,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAC POWER SYSTEMS, INC.,<br>Defendant. | **4:24CV3230**<br><br>**ORDER** |

This matter is before the Court on the parties' joint motion to stay case progression and trial. Filing No. 58. For good cause shown, the motion, Filing No. 58, is granted in part.

IT IS ORDERED:

1) The trial in this case remains scheduled for October 5, 2026.

2) The Pretrial Conference is continued and will be held before the undersigned magistrate judge on **September 17, 2026** at 9:00 a.m., and will be conducted by internet conferencing. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to deluca@ned.uscourts.gov, in Word format, by 5:00 p.m. on September 7, 2026.

3) Motions in limine and motions for pre-trial evidentiary hearings on the admissibility of evidence must be filed at least twenty-eight days prior to trial.

Dated this 28th day of July, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge