IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MATTHEW BAUER, and REBECCA BAUER,

Plaintiffs,

vs.

GENERAC POWER SYSTEMS, INC.,

Defendant.

**4:24CV3230**

**ORDER**

The Court has been advised that the parties in the above-captioned matter have settled their claims.

Accordingly,

IT IS ORDERED:

1) On or before **September 25, 2026**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2) Defendant's Motion in Limine and Motion to Exclude, Filing No. 30, and Defendant's Motion for Summary Judgment, Filing No. 33, are denied as moot.

3) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

4) The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 26th day of August, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge